1  ROBERT T. HASLAM (CA Bar No. 71134)
   robert.haslam@hellerehrman.com
2  ANDREW C. BYRNES (CA Bar No. 191516)
   andrew.byrnes@hellerehrman.com
3  HELLER EHRMAN LLP
   275 Middlefield Road
4  Menlo Park, CA  94025
   Telephone:  (650) 324-7000
5  Facsimile:   (650) 324-0638

6  MICHAEL K. PLIMACK (CA Bar No. 133869)
   michael.plimack@hellerehrman.com
7  DALE A. RICE (CA Bar No. 146249)
   dale.rice@hellerehrman.com
8  HELLER EHRMAN LLP
   333 Bush Street
9  San Francisco, CA  94104
   Telephone:  (415) 772-6000
10 Facsimile:   (415) 772-6268

11 
   Attorneys for Plaintiff
12 RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

                            **COURTESY COPY**

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Katz Interactive Call Processing Patent Litigation, | Case No. MDL 1816-B-RGK (FFMx) |
| This document relates to : Ronald A. Katz Technology Licensing, L.P. v. Time Warner Cable Inc., CV 07-2134 RGK (FFMx) | **ORDER DISMISSING QWEST DEFENDANTS** |

---

**ORDER DISMISSING QWEST**                    **CASE NO. 07-ML-1816-B-RGK (FFMx)**

1  **WHEREAS:** (1) on September 1 2006, Plaintiff Ronald A. Katz Technology
2  Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court for
3  the District of Delaware commencing Civil Action No. 06-546 (GMS) (the
4  "Delaware Action") against, among others, Defendants Qwest Communications
5  International Inc., Qwest Wireless, L.L.C., Qwest Communications Corporation,
6  Qwest LD Corp., Qwest Broadband Services, Inc, and Qwest Interprise America,
7  Inc.; (2) on November 8, 2007, RAKTL filed a Complaint in the United States
8  District Court for the District of Colorado commencing Civil Action No. 1:07-CV-
9  02354-LTB (the "Colorado Action") against other entities Controlled by Qwest
10 Communications International Inc. (where "Controlled" means the possession,
11 directly or indirectly through one or more intermediaries, of the power (a) to vote
12 more than 50% of the voting interests in an entity or (b) to direct or cause the
13 direction of the management and policies of an entity, whether through the ownership
14 of voting securities, by contract or otherwise) (Qwest Communications International
15 Inc. together with all entities Controlled by it being collectively referred to as
16 "Qwest"); (3) on October 26, 2006, Qwest filed its Answer and Counterclaims to
17 RAKTL's Complaint in the Delaware Action; (4) Katz and Qwest have reached a
18 mutually satisfactory resolution of all issues between them that were the subject of
19 the Delaware and Colorado Actions or that otherwise concern the United States
20 patents listed in Exhibit A to this Stipulation on Dismissal, as well as all United
21 States patents that have issued or may issue on applications whose subject matter in
22 whole or in part is entitled to the benefit of the filing date(s) of any such patents (i.e.,
23 the patents listed in Exhibit A) or applications on which they are based, including,
24 without limitation, continuations, continuations-in-part, divisions, reissues and
25 extensions (such patents being referred to as the "RAKTL Patents"); and (5) in an
26 order filed on June 20, 2007 in the Clerk's Office of the Judicial Panel, a Conditional
27 Transfer Order was entered in the matter captioned *In Re Katz Interactive Call*
28 *Processing Patent Litigation* transferring the Delaware Action and other actions to

1 | this Court and on or about August 9, 2007, the June 20, 2007 Order was filed in the
2 | Clerk's Office of this Court and the Delaware Action was transferred to this Court.
3 | **IT IS HEREBY ORDERED** that:
4 | 1. All claims asserted or that could have been asserted by Katz against
5 | Qwest with respect to the RAKTL Patents, and all counterclaims asserted or that
6 | could have been asserted by Qwest against Katz with respect to the RAKTL Patents,
7 | are dismissed with prejudice;
8 | 2. Each of the parties shall bear its own costs, expenses and attorneys fees
9 | associated with the prosecution and defense of the Delaware and Colorado Actions;
10 | and
11 | 3. This Court shall retain jurisdiction over this matter for purposes of
12 | enforcement of the settlement.

DATED: 12·27·07

THE HONORABLE R. GARY KLAUSNER
United States District Court Judge

# EXHIBIT A

## ISSUED U.S. PATENTS

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 1. | 4,071,698 * | Telephone System for Audio Demonstration and Marketing of Goods or Services | 1/31/1978 |
| 2. | 4,792,968 * | Statistical Analysis System for Use With Public Communication Facility | 12/20/1988 |
| 3. | 4,845,739 * | Telephonic-Interface Statistical Analysis System | 7/4/1989 |
| 4. | 4,930,150 * | Telephonic Interface Control System | 5/29/1990 |
| 5. | 4,932,046 | Telephone Programming System for Automated Calling | 6/5/1990 |
| 6. | 4,939,773 | Multiple Party Telephone Control System | 7/3/1990 |
| 7. | 4,975,945 | Universal Telephone Call Relay System | 12/4/1990 |
| 8. | 4,987,590 | Multiple Party Telephone Control System | 1/22/1991 |
| 9. | 5,014,298 * | Voice-Data Telephonic Control System | 5/7/1991 |
| 10. | 5,016,270 | Expanded Telephone Data Organization System | 5/14/1991 |
| 11. | 5,048,075 * | Telephonic-Interface Statistical Analysis System | 9/10/1991 |
| 12. | 5,073,929 * | Voice-Data Telephonic Control System | 12/17/1991 |
1

EXHIBIT A TO ORDER   CASE NO. 07-ML-1816-B-RGK (FFMx)

|     | Patent No.   | Title                                                                    | Issue Date |
|-----|--------------|--------------------------------------------------------------------------|------------|
| 13. | 5,091,933    | Multiple Party Telephone Control System                                  | 2/25/1992  |
| 14. | 5,109,404 *  | Telephone Call Processor With Select Call Routing                        | 4/28/1992  |
| 15. | 5,128,984    | Telephone Interface Call Processing System With Call Selectivity         | 7/7/1992   |
| 16. | 5,185,787    | Multiple Party Telephone Control System With Random Dialing For Polling  | 2/9/1993   |
| 17. | 5,218,631 *  | Telephonic-Interface Game Control System                                 | 6/8/1993   |
| 18. | 5,224,153 *  | Voice-Data Telephonic Interface Control System                           | 6/29/1993  |
| 19. | 5,251,252    | Telephone Interface Call Processing System With Call Selectivity         | 10/5/1993  |
| 20. | 5,255,309 *  | Telephonic-Interface Statistical Analysis System                         | 10/19/1993 |
| 21. | 5,259,023 *  | Telephonic-Interface Statistical Analysis System                         | 11/2/1993  |
| 22. | 5,297,197    | Multiple Party Telephone Control System                                  | 3/22/1994  |
| 23. | 5,349,633 *  | Telephonic-Interface Game Control System                                 | 9/20/1994  |
| 24. | 5,351,285 *  | Multiple Format Telephonic Interface Control System                      | 9/27/1994  |
| 25. | 5,359,645 *  | Voice-Data Telephonic Interface Control System                           | 10/25/1994 |

**EXHIBIT A TO ORDER**                                         CASE NO. 07-ML-1816-B-RGK (FFMx)

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 26. | 5,365,575 * | Telephonic-Interface Lottery System | 11/15/1994 |
| 27. | 5,442,688 | Multiple Party Telephone Control System | 8/15/1995 |
| 28. | 5,553,120 * | Telephonic-Interface Game Control System | 9/3/1996 |
| 29. | 5,561,707 * | Telephonic-Interface Statistical Analysis System | 10/1/1996 |
| 30. | 5,684,863 * | Telephonic-Interface Statistical Analysis System | 11/4/1997 |
| 31. | 5,787,156 * | Telephonic-Interface Lottery System | 7/28/1998 |
| 32. | 5,793,846 * | Telephonic-Interface Game Control System | 8/11/1998 |
| 33. | 5,815,551 * | Telephonic-Interface Statistical Analysis System | 9/29/1998 |
| 34. | 5,828,734 | Telephone Interface Call Processing System With Call Selectivity | 10/27/1998 |
| 35. | 5,835,576 * | Telephonic-Interface Lottery Device | 11/10/1998 |
| 36. | 5,898,762 * | Telephonic-Interface Statistical Analysis System | 4/27/1999 |
| 37. | 5,917,893 * | Multiple Format Telephonic Interface Control System | 6/29/1999 |
| 38. | 5,974,120 | Telephone Interface Call Processing System With Call Selectivity | 10/26/1999 |
| 39. | 6,016,344 * | Telephonic-Interface Statistical Analysis System | 1/18/2000 |

EXHIBIT A TO ORDER                    CASE NO. 07-ML-1816-B-RGK (FFMx)

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 40. | 6,035,021 * | Telephonic-Interface Statistical Analysis System | 3/07/2000 |
| 41. | 6,044,135 * | Telephone Interface Lottery System | 3/28/2000 |
| 42. | 6,148,065 * | Telephonic-Interface Statistical Analysis System | 11/14/2000 |
| 43. | 6,151,387 * | Telephonic-Interface Game Control System | 11/21/2000 |
| 44. | 6,157,711 | Multiple Party Telephone Control System | 12/5/2000 |
| 45. | 6,292,547 * | Telephonic-Interface Statistical Analysis System | 9/18/2001 |
| 46. | 6,335,965 * | Voice Data Telephonic Interface System | 1/1/02 |
| 47. | 6,349,134 * | Telephonic Interface Statistical Analysis System | 2/19/02 |
| 48. | 6,424,703 B1* | Telephonic-Interface Lottery System | 7/23/02 |
| 49. | 6,434,223 * | Telephone Interface Call Processing system with Call Selectivity | 8/13/02 |
| 50. | 6,449,346 * | Telephone-Television Interface Statistical Analysis System | 9/10/02 |
| 51. | 6,512,415 * | Telephonic-Interface Game Control System | 1/28/2003 |

| | Patent No. | Title | Issue Date |
|---|---|---|---|
| 52. | 6,570,967 * | Voice-Data Telephonic Interface Control System | 05/27/2003 |
| 53. | 6,678,360 * | Telephonic-Interface Statistical Analysis System | 01/13/2004 |

5

**EXHIBIT A TO ORDER**  **CASE NO. 07-ML-1816-B-RGK (FFMx)**