UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 07-ML-01816-B-RGK (FFMx) | Date | September 22, 2008 |
|---|---|---|---|
| Title | IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | | |

CV 07-2134 RGK (FFMx)

| Present: The Honorable | R. GARY KLAUNSER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Lead Attorneys Present for Plaintiffs: | Lead Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    (In Chambers) Order GRANTING IN PART AND DENYING IN PART Charter's Motion for Partial Reconsideration and Motion Amend the August 23, 2008 Order (DE 605)

   In the August 23, 2008 Order, this Court struck portions of various defendants' motions for summary judgment on the grounds that they failed to identify these defenses during discovery. Defendant Charter filed the current motion explaining that it actually did identify some of the defenses this Court struck, but merely failed to include them in its opposition papers because of the short time frame it had to respond to plaintiff's *ex parte* application to strike.

   For the first time, Charter's points to pages 423-424 of its response to RAKTL's First Interrogatories. This Court finds that with respect to claim 5 of the '223 patent, these responses put the plaintiff on notice of Charter's Section 112 defense under *WMS Gaming Inc. v. Int'l Game Tech.*, 184 F.3d 1339, 1349 (Fed. Cir. 1999). Justice dictates that Charter be allowed to proceed on this defense with respect to claim 5 of the '223 patent. Accordingly, this Court **GRANTS IN PART** Charter's motion, and amends its August 23, 2008 so that the arguments that relate to this defense are not stricken from Charter's Motion for Summary Judgment and the related documents.

   With respect to the other claims Charter raises in its motion, this Court finds that there is no new evidence that would alter the bases for the August 23, 2008 decision. Accordingly, this Court **DENIES** the remainder of Charter's motion.

   **IT IS SO ORDERED**.

                                                                                                              :  
                                                  Initials of Preparer             slw