1  DAVID A. SEGAL, SBN 166635
   dsegal@gibsondunn.com
2  JOSH A. KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
4  Irvine, California 92612-4412
   Telephone:   (949) 451-3800
5  Facsimile:   (949) 451-4220

6  Attorneys for Defendants
   CABLEVISION SYSTEMS CORPORATION
7  AND RELATED CABLEVISION ENTITIES

8

9            **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

11

12  IN RE:                                CASE NO. 2:07-ML-01816-RGK-FFM

13  KATZ INTERACTIVE CALL               **] FINAL JUDGMENT AGAINST
    PROCESSING PATENT LITIGATION         RONALD A. KATZ TECHNOLOGY
14                                        LICENSING, L.P. AND IN FAVOR OF
                                          CABLEVISION SYSTEMS
15  This document is related to:          CORPORATION AND RELATED
                                          DEFENDANTS**
16  Ronald A. Katz Technology Licensing,
    L.P. v. Time Warner Cable, Inc., et al.

17       2:07-CV-02134-RGK-FFM

18
                                          The Honorable R. Gary Klausner
19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

**WHEREAS** the Court issued the following Orders:

(i) Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 112, dated June 19, 2008 (MDL D.I. 2330; D.I. 474)

(ii) Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Sections 102 and 103, dated August 4, 2008 (MDL D.I. 2547; D.I. 524);

(iii) Ruling on the Parties' Individual Summary Judgment Motions, dated August 13, 2009 (MDL D.I. 6718; D.I. 1029); and

(iv) Granting Cablevision's Motion for Leave to File First Amended Answer to Assert Collateral Estoppel and For Leave to File Additional Motion for Summary Judgment, dated August 14, 2009 (MDL D.I. 6721; D.I. 1030);

**WHEREAS**, for the reasons set forth in the aforementioned Orders, all of the claims asserted against Defendants-Counterclaimants Cablevision Systems Corporation, CSC Holdings, Inc., Cablevision Systems New York City Corporation, Cablevision of Brookhaven, Inc., Cablevision of Connecticut Corporation, Cablevision of Hudson County, Inc., Cablevision of Litchfield, Inc., Cablevision of Monmouth, Inc., Cablevision of New Jersey, Inc., Cablevision of Oakland, LLC, and Cablevision of Rockland/Ramapo, LLC  (collectively, the "Cablevision Defendants") have now been adjudicated;

**WHEREAS** the Court requested that Cablevision submit a final judgment and the Cablevision Defendants request that all of their counterclaims be dismissed without prejudice; and

**WHEREAS**, in light of the foregoing, entry of judgment in favor of the Cablevision Defendants is appropriate with respect to all of Plaintiff Ronald A. Katz Technology Licensing, L.P.'s ("RAKTL") claims for relief.

Gibson, Dunn &
Crutcher LLP

1

1  **THEREFORE**, IT IS HEREBY ORDERED that

2  (1)  The Cablevision Defendants' Counterclaims are hereby dismissed without

3  prejudice;

4  (2)  **FINAL JUDGMENT** is hereby entered in favor of the Cablevision

5  Defendants and against Plaintiff RAKTL; and

6  (3)  The Cablevision Defendants are the prevailing parties and shall be entitled

7  to be awarded their costs of suit.

8  **SO ORDERED.**

9

10  Dated:_9/2/09

HON. R. GARY KLAUSNER
11  UNITED STATES DISTRICT JUDGE

12  Respectfully submitted,

13  DAVID A. SEGAL
GIBSON, DUNN & CRUTCHER LLP
14

By:  /s/*David A. Segal*
15  David A. Segal

16  *Counsel for the Cablevision Defendants*

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2